The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES and CARON WARD, a marital community,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-01603-RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>January 21, 2022 |

## **JOINT STIPULATION**

Pursuant to Local Civil Rule 7(d)(1) and Federal Rule of Civil Procedure 41(a)(1)(A(ii), the parties, by and through the undersigned counsel of record, hereby stipulate that Plaintiff Caron Ward, be dismissed with prejudice from this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, whether or not actually asserted to date, without cost to either party.

The parties also stipulate that Defendant United States Postal Service be dismissed with prejudice from this action, including any and all claims, counterclaims and cross-claims, whether

STIPULATED MOTION AND ORDER OF DISMISSAL
Case No. 2:21-cv-01603-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

for indemnity and/or contribution by and among the parties hereto, whether or not actually asserted to date, without cost to either party.

**SO STIPULATED.**

DATED this 21st day of January, 2022.

| | |
|---|---|
| JOSEPH D. BOWEN<br>Attorney at Law P.S. | NICHOLAS W. BROWN<br>United States Attorney |
| */s Joseph D. Bowen*<br>JOSEPH D. BOWEN, WSBA No. 17631<br>Attorney at Law, P.S.<br>401 S. Second Street<br>Mount Vernon, WA 98273<br>Phone: 360-336-6655<br>Email: jdb@bowenfirm.com<br><br>Attorney for Plaintiffs | */s Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: kristen.vogel@usdoj.gov<br><br>Attorney for the United States |

STIPULATED MOTION AND ORDER OF DISMISSAL
Case No. 2:21-cv-01603-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The Court, having reviewed the stipulation of the parties, hereby **ORDERS** that Plaintiff Caron Ward's claims against the United States be dismissed with prejudice from this action and without costs or fees to either party.

The Court further ORDERS that Defendant United States Postal Service be dismissed with prejudice from this action and without costs or fees to either party.

DATED this 24th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL
Case No. 2:21-cv-01603-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970