The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES WARD, | Case No. 2:21-cv-01603-RSM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | Noted For Consideration: November 1, 2022 |
| Defendant. | |

### JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:21-cv-01603-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 1st day of November, 2022.

2

3   NICHOLAS W. BROWN                           JOSEPH D. BOWEN
    United States Attorney                      Attorney at Law P.S.

4

5   *s/ Kristen R. Vogel*                       */s Joseph D. Bowen*
    KRISTEN R. VOGEL, NY No. 5195664            JOSEPH D. BOWEN, WSBA No. 17631
6   Assistant United States Attorney            Attorney at Law, P.S.
    United States Attorney's Office             401 S. Second Street
7   700 Stewart Street, Suite 5220              Mount Vernon, WA 98273
    Seattle, Washington  98101-1271             Phone: 360-336-6655
8   Phone:  206-553-7970                        Fax: 360-336-2383
    Fax:  206-553-4067                          Email: jdb@bowenfirm.com
9   Email:  kristen.vogel@usdoj.gov

10  *Attorney for Defendant United States*      *Attorney for Plaintiff Charles Ward*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL                          UNITED STATES ATTORNEY
Case No. 2:21-cv-01603-RSM - 2                              700 STEWART STREET, SUITE 5220
                                                            SEATTLE, WASHINGTON 98101
                                                            (206) 553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 3rd day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:21-cv-01603-RSM - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970